# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| DULCE ALONDRA VELASQUEZ-REYES, *et al.*, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendant. | Case No. ED CV 16-1953-DMG (KKx)<br><br>**ORDER APPROVING JOINT STIPULATED DISMISSAL [133]** |

Having considered the parties' Joint Stipulated Dismissal of Action With Prejudice as to the Individual Claims of Dulce Alondra Velasquez-Reyes, Ken Shalley, and Martin Baclija, and good cause appearing therefor, IT IS HEREBY ORDERED that:

1. The above-captioned action is dismissed *with* prejudice as to the individual claims of Plaintiffs Dulce Alondra Velasquez-Reyes, Ken Shalley, and Martin Baclija;
2. The above-captioned action is otherwise dismissed without prejudice; and
3. The parties have resolved all issues concerning attorney's fees and costs.

IT IS SO ORDERED.

DATED: July 20, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE